**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-02602-KAS

DANIEL ALEXANDER CASTILLO MURGA,

Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
GEORGE VALDEZ, in his official capacity as ICE Field Officer Director,
JUAN BALTAZAR, in his official capacity as Warden for the Denver Contract Detention Facility, and
TODD BLANCHE, in his official capacity as the Acting United States Attorney General,

Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Orders [ECF 8 and10] entered by United States Magistrate Judge Kathryn A. Starnella on July 7, 2026, and July 16, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner is awarded his costs pursuant to D.C.COLO.LCivR 54.1. It is further

ORDERED that, pursuant to 28 U.S.C. § 2412(d)(1), Petitioner may, within 30 days of final judgment in the action, submit to the Court an application for fees and other expenses that shows that Petitioner is the prevailing party and is eligible to receive an

award under that statutory provision.

This case will be closed.

DATED at Denver, Colorado, this 16th day of July, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: ______________________
H. Guerra, Deputy Clerk